**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 546 MAL 2019
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JOSEPH ADAIRE, :
:
Respondent :

COMMONWEALTH OF PENNSYLVANIA, : No. 561 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JOSEPH ADAIRE, :
:
Cross-Petitioner :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.